IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| IRONSHORE SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> ALPHONZO LOGAN, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 5:23-cv-358 (MTT) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Plaintiff Ironshore Specialty Insurance Company's unopposed motion to consolidate the related garnishment action into this declaratory judgment action (Doc. 37) is **GRANTED**.[1]  The Court **ORDERS** *Logan et al v. Macon Rehabilitation and Healthcare Center LLC et al*, No. 5:24-cv-00057-MTT (M.D. Ga. Feb. 14, 2024) to be **CONSOLIDATED** with this case, *Ironshore Specialty Insurance Company v. Logan et al*, No. 5:23-cv-00358-MTT (M.D. Ga. Sept. 18, 2023).

**SO ORDERED**, this 1st day of August, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The defendants did not respond to the motion to consolidate.