IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

IRONSHORE SPECIALTY INSURANCE
COMPANY,                                        *

                                                *

                    Plaintiff,                  Case No. 5:23-cv-00358-MTT

v.                                              *

ALPHONZO LOGAN et al.,                          *

                    Defendants.                 *

_____

## J U D G M E N T

Pursuant to this Court's Order dated February 12, 2026 and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Plaintiff.  Plaintiff shall also recover costs of this action.

This 13th day of February, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk